UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

JOSEFINA PROPST,

               Plaintiff,

    v.

ANDREW M. SAUL,

               Defendant.

----------------------------------x

**REVISED SCHEDULING ORDER**

20 Civ. 6999 (GBD) (KNF)

IT IS HEREBY ORDERED that:

1)   Defendant shall file the certified administrative record by April 26, 2021

2)   Plaintiff shall file her motion for judgment on the pleadings by June 25, 2021.

3)   Defendant shall file his response to Plaintiff's motion by August 24, 2021.

4)   Plaintiff shall file any reply by September 14, 2021.

Dated:  New York, New York
         March 1, 2021

SO ORDERED:

*Kevin Nathaniel Fox*

-------------------------------------------------
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE