UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOSEFINA PROPST,

                Plaintiff,

     v.

ANDREW M. SAUL,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED SCHEDULING ORDER**

20 Civ. 6999 (GBD) (KNF)

      IT IS HEREBY ORDERED that:

1)    Defendant shall file her motion for judgment on the pleadings by October 8, 2021.

4)    Plaintiff shall file any reply by October 29, 2021.

Dated:  New York, New York
          August 24, 2021

SO ORDERED:

*Kevin Nathaniel Fox*

--------------------------------------------------------
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE